Waukeen Q. McCoy (SBN 168228)
LAW OFFICES OF WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA  94103
Telephone:  (415) 675-7705
Facsimile:   (415) 675-2530

Attorney for Plaintiff
FRANK AGUTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AGUTOS,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC., a corporation<br>doing business in California,<br><br>                    Defendants. | Case No. C-04-2424 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CHANGE TIME**<br>**REGARDING DISCOVERY CUTOFF**<br>**PURSUANT TO LOCAL RULE 6-2** |

1

1 | The parties hereto, and their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's Scheduling Order dated October 26, 2004, discovery is presently set to close on July 29, 2005;

WHEREAS, Debbie Vickers, Mike Wojnar and Gary Jensen are employed by Apple and were so employed at the time of plaintiff's termination;

WHEREAS, plaintiff contends that the depositions of Debbie Vickers, Mike Wojnar and Gary Jensen are necessary to the resolution of this matter;

WHEREAS, the parties were unable to secure mutually convenient dates for the depositions of these individuals on or before July 29, 2005, but anticipate being able to complete these three depositions by August 5, 2005;

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1.  That the discovery cutoff in this matter be extended through August 5, 2005 for the limited purpose of taking the depositions of Debbie Vickers, Mike Wojnar and Gary Jensen.

2.  This Stipulation shall be made an Order of the Court.

Dated: July 20, 2005

_____//s//_____
Waukeen Q. McCoy
Attorneys for Plaintiff
FRANK AGUTOS

_____/s/_____
Jessica R. Perry
Attorneys for Defendant
APPLE COMPUTER, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 21, 2005        /s/ Patricia V. Trumbull_____

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE