Waukeen Q. McCoy (SBN 168228)
LAW OFFICES OF WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Attorney for Plaintiff
FRANK AGUTOS

IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AGUTOS,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a corporation<br>doing business in California,<br><br>Defendants. | Case No. C-04-2424 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL OF THE**<br>**ENTIRE ACTION, EACH PARTY TO**<br>**BEAR ITS OWN COSTS** |

Plaintiff Frank Agutos requests, voluntarily, that the Court dismiss the entire action

against Defendant Apple Computer, Inc., with prejudice, with each party to bear its own costs.

Dated: 8/16/05

_____
FRANK AGUTOS, Plaintiff

1 | Dated: 8/19/05

_____
Waukeen McCoy, Esq.
Attorney for Plaintiff

6 | Dated: 8/22/05

_____
Jessica Perry, Esq.
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL                              2

CASE NO. C04-2424 JW